UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY MAYER,<br>          Plaintiff,<br>    v.<br>HSBC BANK USA, NATIONAL ASSOCIATION, et al.,<br>          Defendants. | Case No. 25-cv-00182-NW  (SVK)<br><br>**DISCOVERY ORDER RE DKT. 68 & 69; SETTING DISCOVERY HEARING**<br><br>Re: Dkt. No. 68, 69 |

Before the Court are two Joint Discovery Submissions, both of which require that additional information be provided to the Court in advance of a **discovery hearing by video on December 16, 2025 at 2:00 p.m.**

**Dkt. 68: Dispute re Confidentiality Designations**

Plaintiff challenges the "Confidential" designations of three categories of documents. In support of the designations, Defendants submitted an unsolicited declaration (Dkt. 71) in contravention of the Court's Civil & Discovery Referral Matters Standing Order. However, in reviewing the Joint Submission, the Court determined that it would benefit from factual support for arguments made by both sides. Accordingly, the Court accepts Defendants' declaration; no further evidence to be submitted by Defendants. Plaintiff may, but is not required to, file a declaration or other evidence in support of the following statements:

- As to the 2025 Credit Reporting Resource Guide, support for the statement that it is "publicly available" (Dkt. 68 at 3).
- As to the "code breakers" documents, support for the statement that "these codes are common and widely known in the industry" (Dkt. 68 at 3).
- As to the Policy & Procedure Manuals, support for the statement that "All servicers have

the same manuals" (Dkt. 68 at 3) and "these are industry standard practices and policies that are not unique to PHH" (Dkt. 68 at 4).

Any such supplemental materials are to be received **by 3 p.m. PST on December 15, 2025**.

**Dkt. 69: Dispute re Defendants' Privilege Log and Redacted Servicing Notes**

**Privilege log**. Plaintiff raises an issue that Defendants' privilege log does not conform to the Code requirements and therefore lacks sufficient information to evaluate the claimed privilege. In response, Defendants represent that they have provided an updated privilege log as of December 5, 2025. The Court reminds the Parties of its Civil & Discovery Referral Matters Standing Order 7(c), which provides explicit requirements for a privilege log. **If Defendants' December 5 privilege log fails to conform with these requirements, then Defendants must immediately update the log and serve a conforming log on Plaintiff and email a copy to the Court at SvKCRD@cand.uscourts.gov no later than 3 p.m. PST on December 15, 2025. If Defendants stand by their December 5 log, then they must promptly email it to the Court**. At the hearing, the Court will evaluate the log and hear argument on whether in-camera review is warranted.

**Redacted servicing notes**. **No later than 3 p.m. PST on December 15, 2025**, Plaintiff is to email to the Court no more than three exemplar pages of servicing notes sufficient for the Court to appreciate the form and content of the notes. The exemplar pages may also reflect redactions. The Court will hear argument from the Parties as to the propriety of redactions in servicing notes. Although the Court is not yet persuaded by Plaintiff's waiver argument, the Court also questions the propriety of Defendants' redactions on the basis relevance and privilege.

**Conclusion**

The Court appreciates that it is setting this matter on fairly short notice with work to be done in advance of the hearing. If Plaintiff wants additional time to provide the materials

requested herein, he may file a request that the Court modify the schedule.[1]  The Court's next available hearing date is **January 8, 2026**.  Finally, the Court reminds the Parties of its mandate requiring attendance at the hearing by the discovery liaison counsel for both sides who must have personal knowledge of the issues in dispute and full authority to negotiate and compromise as directed by the Court.  Dkt. 55.

**SO ORDERED.**

Dated: December 9, 2025

*Susan van Keulen*
SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] Defendants' only task is to ensure its privilege log conforms to the Court's standing order, which should already be the case.

3