UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY MAYER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-00182-NW (SVK)<br><br>**DISCOVERY ORDER RE DKT. 70**<br><br>Re: Dkt. No. 70 |

　　Before the Court is the Parties' Joint Submission regarding Defendants' document productions. The Court, guided by the mandates of relevance and proportionality of Rule 26, as well as the litigation history in this action and prior orders of this Court, determines that this matter, except as noted below, may be resolved without oral argument. Civ. L.R. 7-1(b).

　　Plaintiff's sweeping request for an order overruling objections and "compelling a proper written response" as to all requests (Dkt. 70 at 2) is **DENIED**.

　　Plaintiff's sweeping request that all documents be produced without redactions (Dkt. 70 at 2) is **DENIED**. Specific redaction issues are raised in Dkt. 68 and 69 and will be addressed at the hearing currently set for December 16, 2025.

　　Plaintiff's issues as to specific RFPs are addressed in this Order. First, the Court commends the Parties for taking its previous admonishment to heart; this Joint Statement was well organized, identified specific issues succinctly, and tracked the summary chart. The Court's rulings are set forth in Attachment 1 hereto and subject to the instructions below. The exceptions to Attachment 1 are RFP 5 directed to Defendant HSBC and RFPs 6 & 29 directed to Defendant PHH, which appear to relate, at least in part, to the privilege log issue in Dkt. 69 on for hearing on December 16, 2025. Accordingly, the Court will take up those RFPs at the December 16 hearing.

Additional instructions regarding the Court's rulings in Attachment 1 are as follows:

- The deadline for additional production of documents and, where specifically ordered, service of supplemental responses is **January 7, 2026**.
- Supplemental responses must be **verified**.
- If the Court has ordered further production but no such documents, as kept in the ordinary course of business, exist, Defendants must provide a supplemental response so stating.

**SO ORDERED.**

Dated: December 12, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge