UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY MAYER,<br><br>  Plaintiff,<br><br>  v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, et al.,<br><br>  Defendants. | Case No. 25-cv-00182-NW   (SVK)<br><br>**DISCOVERY ORDER RE DKT. 73**<br><br>Re: Dkt. No. 73 |

Before the Court is the Parties' Joint Submission regarding Defendant PHH's responses to Interrogatory no. 5 relating to employee information contained in servicing notes. The servicing notes are the subject of other disputes currently pending before the Court and set for hearing on December 16, 2025. *See, e.g.*, Dkt. 69. Accordingly, the Court will take up this issue at the hearing as well. To assist the Court in addressing this issue, Plaintiff may submit no more than three exemplar pages of PHH's supplemental servicing notes reflecting the issues raised in Dkt. 73.[1] Similarly, PHH may submit up to three exemplar pages reflecting its supplemental responses to date. These materials to be emailed to SvKCRD@cand.uscourts.gov no later than **3 p.m. PST on December 15, 2025**.

  **SO ORDERED.**

Dated: December 12, 2025

SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] These exemplar pages are different from the pages requested in Dkt. 77. Each submission should be clearly marked as to which order it corresponds.