UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORY MAYER,

        Plaintiff,

    v.

HSBC BANK USA, NATIONAL ASSOCIATION, et al.,

        Defendants.

Case No. 25-cv-00182-NW

**ORDER DENYING MOTION FOR RELIEF**

Re: ECF No. 153

On March 25, 2026, Plaintiff Cory Mayer filed a motion for relief from a nondispositive pretrial discovery order issued by Magistrate Judge van Keulen.  ECF No. 153.  Plaintiff asks the Court to "vacate the Magistrate's order denying Plaintiff's discovery and enter an order compelling the discovery requested in discovery dispute statements dockets 126, 127, 128, 129, 130, 140, 141, 142, 143, 144, 145."  ECF No. 153.  The Court DENIES the motion for the reasons set forth in Judge van Keulen's Order, ECF No. 150.  The Court finds the Order to be well-reasoned, proportional to the discovery needs of the case, and not clearly erroneous or contrary to the law.  *See* 28 U.S.C. § 636(b)(1)(A) (permitting reconsideration only "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law"); *E.E.O.C. v. Peters' Bakery*, 301 F.R.D. 482, 484 (N.D. Cal. 2014) (quoting *Burdick v. C.I.R.*, 979 F.2d 1369, 1370 (9th Cir. 1992) (noting a district court should only overturn a magistrate judge's ruling "if it is left with the 'definite and firm conviction that a mistake has been committed.'")).

/ / /

/ / /

All deadlines and dates set in Judge van Keulen's Order remain in effect.

**IT IS SO ORDERED.**

Dated: April 7, 2026

Noël Wise
United States District Judge