**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORY MAYER,<br><br>      Plaintiff,<br><br>  vs.<br><br>DEUTSCHE ALT A SECURITIES<br>MORTGAGE LOAN TRUST<br>SERIES 2006-A.; PHH MORTGAGE<br>CORPORATION; WESTERN<br>PROGRESSIVE, LLC, et al,<br><br>      Defendants. | Case No.: 5:25-cv-00182-NW |

<u>**EXPERT REPORT OF GARY KRAUSZ, CPA / CFF**</u>

**Gary Krausz, CPA/CFF**

**Gursey Schneider LLP**

**2121 Ave. of the Stars, Suite 1300**

**Los Angeles, CA 90067**

EXHIBIT 3

### *Introduction*

1. The facts contained in this report are true to my own knowledge. If called as a witness to the facts contained hereto, I could and would competently testify thereto in a court of law.

2. I am a Certified Public Accountant, licensed in the state of California and a partner of the accounting firm, Gursey Schneider LLP. I have been retained by Houser LLP to provide forensic accounting services in the litigation matter of *Cory Mayer v. PHH Mortgage Corporation and HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust Series 2006-AR2.* A copy of my background and curriculum vitae is provided below. Copies of the schedules and charts I prepared are included as Figures in this report or attached hereto as Schedules.

3. I have been retained on behalf of Defendants PHH Mortgage Corporation ("PHH") and HSBC Bank USA, National Association, as trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR2 ("HSBC, as Trustee," and together with PHH, the "Defendants") to review and opine on various matters in connection with a $456,000 loan ("Loan") given to plaintiff Cory Mayer on or about March 1, 2006 that is evidenced by a Multistate Adjustable Rate Note-LIBOR Six Month Index Single Family Fannie Mae Uniform Instrument ("Note") and Deed of Trust recorded in the Santa Cruz County Recorder's Office on March 3, 2006 ("Deed of Trust").

4. I relied on the following primary documents for completing this assignment:

   a. Complaint for Damages, filed August 9, 2024 ("Complaint")
   b. First Amended Complaint, filed June 11, 2025
   c. Note
   d. Deed of Trust
   e. Loan Modification Agreement, signed on or about December 1, 2009

EXHIBIT 3

f.  Confidential Settlement and Release Agreement, signed on or about April 17, 2020 ("Settlement Agreement")

g.  County of Santa Cruz Property Tax Records (APN 072-284-30)

h.  Mortgage Loan Statements, collectively ("Loan Statements"), provided by PHH Mortgage Services ("PHH"), from July 2020 through June 2025

i.  Payment Histories

### *Summary of Opinions*

5.  Based on my experience and review of the evidence provided to me in this case, I have arrived at my opinions as follows:

| Opinion | Description |
|---|---|
| 1 | Escrow Accounting – The amounts being requested for escrow as of January 18, 2022 only included amounts advanced by PHH for property taxes on behalf of the borrower from April 2020 through that date. |
| 2 | Loan Accounting - The servicer provided a total of $33,289.14 in credits (more than the $33,120.95 identified in the Settlement Agreement), through March 16, 2023. This includes a $30,886 credit on January 18,2022 provided towards the escrow balance, a $2,059.32 credit provided towards fees on November 16, 2022, and a $343.22 credit provided towards fees on March 16, 2023. |
| 3 | Escrow Balances – The escrow balance reported to the borrower is accurate. The escrow shortfall reflects property tax payments made by the servicer on the borrower's behalf and is consistent with county tax records. |

6.  I may present schedules and/or demonstratives at trial, but those will be based on the schedules for this report plus any additional information I may receive, or additional developments in this case. I reserve the right to clarify, amend, and/or supplement my opinions based on additional information in this case.

EXHIBIT 3

### Facts and Data Forming Basis for Conclusions

Opinion 1 – Escrow Accounting

7.      I reviewed the escrow balances reported on the loan statements and obtained the corresponding Santa Cruz County property tax payment history for the subject property (8650 Hihn Road, Ben Lomond, CA 95005). The escrow shortfall reported on the January 18, 2022 loan statement was $13,495.28.

8.      I reconstructed the escrow account beginning with the escrow balance referenced in the Settlement Agreement ($43,537.56), then added the property tax disbursements made by the loan servicer, any escrow credits applied, and any escrow payments received from the borrower. My recalculation detailed that the property tax payments made by PHH on behalf of the borrower exceeded the Escrow Balance requested on the loan statement. This is illustrated in Figure 1, which is excerpted from Schedule 1.

**[Figure 1]**

| # | Statement Date | Charges | Note / Comment | Property Tax Year | Property Tax Installment |
|---|----------------|---------|----------------|-------------------|--------------------------|
| 1 | 4/3/2020 | $ (4,035.21) | SC County Property Taxes | 2019 | 2 |
| 2 | 8/17/2020 | (463.58) | SC County Property Taxes | 2017 & 2018 ESC | 2 |
| 3 | 4/16/2021 | (4,457.45) | SC County Property Taxes | 2020 | 2 |
| 4 | 12/16/2021 | (4,638.09) | SC County Property Taxes | 2021 | 1 |
| | | | | | |
| | | $ (13,594.33) | | | |
| | | | | | |
| | | | Total Escrow Charges, 4/3/2020 through 1/18/2022 | (13,594.33) | |
| | | | Escrow Balance on Loan Statement of 1/18/2022 | (13,495.28) | |
| | | | Charges in excess of credits applied   $ | (99.05) | |

9.      As shown in Figure 1, property tax payments made by PHH on behalf of the borrower through January 18, 2022 totaled $13,594.33, whereas the Escrow Balance requested per the loan statements totaled $13,495.28.

*Cory Mayer v. PHH Mortgage Corporation and HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust Series 2006-AR2.*
*Page 4*

EXHIBIT 3

Opinion 2 – Loan Accounting

10.    I obtained the Settlement Agreement dated April 17, 2020 (the "Effective Date"). The agreement required the borrower to pay $158,125.89 ("Reinstatement Amount") to reinstate the Loan as of February 19, 2020, with payment due within thirty (30) days of the Effective Date. Upon application of the Reinstatement Amount, the Loan would be contractually due for the March 1, 2020 monthly payment.

11.    The Settlement Agreement provided that the Servicer was to accept the reinstatement payment and reinstate the loan by applying the funds toward the Reinstatement Amount as follows: $14,670.91 to principal, $128,178.13 to interest, $43,537.56 to escrow advances, and $4,860.24 to other fees. This was to be reduced by a credit of $33,120.95. Upon receipt of the funds, the Servicer applied the payment to principal, interest, escrow, and fees.

12.    I obtained the Loan Statements from July 2020 through June 2025. From the Loan Statements, I prepared a history of all the loan activity during this time, summarizing the amounts of Principal, Interest, Taxes, and Insurance ("PITI") due per these Statements. I prepared a pro forma loan balance schedule reflecting what the loan balance would have been had a $33,120.95 credit been provided in May 2020, upon the Effective Date of the Settlement Agreement.

13.    Between 2020 and 2024, the servicer provided a series of credits to the borrower's escrow and fee balances. As of March 16, 2023, the loan balance shown on the mortgage statements matched the pro forma balance that would have resulted had a $33,120.95 credit been provided in May 2020. See Figure 2, which is excerpted from Schedule 2.

*Cory Mayer v. PHH Mortgage Corporation and HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust Series 2006-AR2.*
*Page 5*

EXHIBIT 3

[Figure 2]

| Statement Date | (a) Actual PTII + Escrow + Suspense | (b) Pro Forma PTII + Escrow + Suspense | (c) = (a)-(b) Difference | |
|---|---|---|---|---|
| 4/2020 | $ 176,575.93 | $ 143,454.98 | $ 33,120.95 | |
| 5/2020 | 34,861.15 | 1,596.17 | 33,264.98 | |
| 6/2020 | 38,294.11 | 5,029.13 | 33,264.98 | |
| 7/16/2020 | 41,727.07 | 8,462.09 | 33,264.98 | |
| 8/17/2020 | 45,763.79 | 12,498.81 | 33,264.98 | |
| 9/16/2020 | 49,368.36 | 16,103.38 | 33,264.98 | |
| 10/16/2020 | 53,144.54 | 19,879.56 | 33,264.98 | |
| 11/16/2020 | 56,577.50 | 23,312.52 | 33,264.98 | |
| 12/16/2020 | 60,010.46 | 26,745.48 | 33,264.98 | |
| 1/19/2021 | 63,615.03 | 30,350.05 | 33,264.98 | |
| 2/16/2021 | 67,219.60 | 33,954.62 | 33,264.98 | |
| 3/16/2021 | 70,824.17 | 37,559.19 | 33,264.98 | |
| 4/16/2021 | 78,714.58 | 45,449.60 | 33,264.98 | |
| 5/17/2021 | 82,147.54 | 48,882.56 | 33,264.98 | |
| 6/16/2021 | 85,580.50 | 52,315.52 | 33,264.98 | |
| 7/16/2021 | 89,013.46 | 55,748.48 | 33,264.98 | |
| 8/13/2021 | 92,446.42 | 59,181.44 | 33,264.98 | |
| 9/1/2021 | 95,879.38 | 62,614.40 | 33,264.98 | |
| 10/18/2021 | 99,312.34 | 66,047.36 | 33,264.98 | |
| 11/16/2021 | 102,916.91 | 69,651.93 | 33,264.98 | |
| 12/16/2021 | 111,159.57 | 77,894.59 | 33,264.98 | *Note: Servicer applied* |
| 1/18/2022 | 83,877.54 | 81,499.16 | 2,378.38 | *$30,886.60 credit* |
| 2/16/2022 | 87,482.11 | 85,103.73 | 2,378.38 | |
| 3/16/2022 | 91,086.68 | 88,708.30 | 2,378.38 | |
| 4/18/2022 | 99,329.34 | 96,950.96 | 2,378.38 | |
| 5/16/2022 | 102,933.91 | 100,555.53 | 2,378.38 | |
| 6/16/2022 | 106,538.48 | 104,160.10 | 2,378.38 | |
| 7/18/2022 | 110,143.05 | 107,764.67 | 2,378.38 | |
| 8/16/2022 | 113,747.62 | 111,369.24 | 2,378.38 | |
| 9/16/2022 | 117,352.19 | 114,973.81 | 2,378.38 | |
| 10/17/2022 | 120,956.76 | 118,578.38 | 2,378.38 | *Note: Servicer applied* |
| 11/16/2022 | 122,502.01 | 122,182.95 | 319.06 | *$2,059.32 credit* |
| 12/16/2022 | 130,674.96 | 130,355.90 | 319.06 | |
| 1/17/2023 | 134,279.53 | 133,960.47 | 319.06 | |
| 2/16/2023 | 137,712.49 | 137,393.43 | 319.06 | *Note: Servicer applied* |
| 3/16/2023 | 140,802.23 | 140,826.39 | (24.16) | *$343.22 credit* |
| 4/17/2023 | 148,975.18 | 148,999.34 | (24.16) | |

14. The servicer provided credits exceeding $33,120.95 as of March 16, 2023.

*Cory Mayer v. PHH Mortgage Corporation and HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust Series 2006-AR2.*
*Page 6*

EXHIBIT 3

Opinion 3 – Escrow Balances

15.    I reviewed the escrow balances reported on the loan statements and obtained the corresponding Santa Cruz County property tax payment history for the subject property. The escrow shortfall reported on the June 17, 2025 loan statement was $32,467.03.

16.    I reconstructed the escrow account beginning with the escrow balance referenced in the Settlement Agreement ($43,537.56), then added the property tax disbursements made by the servicer, any escrow credits applied, and any escrow payments received from the borrower. My recalculation matched the escrow balance reported on the loan statements. The shortfall is attributable to property tax payments made by the servicer on the borrower's behalf (the borrower did not make required property tax payments to Santa Cruz County). See Figure 3, which is excerpted from Schedule 3.

**[Figure 3]**

| # | Statement Date | Escrow received / Credit applied | Charges | | Note / Comment | Property Tax Year | Property Tax Installment |
|---|---|---|---|---|---|---|---|
| 1 | 4/17/2020 ** | | $ | (43,537.56) | Escrow Advances per Settlement | | |
| 2 | 4/3/2020 | - | | (4,035.21) | SC County Property Taxes | 2019 | 2 |
| 3 | 7/16/2020 | 13,368.99 | | - | Settlement Payment | | |
| 4 | 8/17/2020 | - | | (463.58) | SC County Property Taxes | 2017 & 2018 ESC | 2 |
| 5 | 4/16/2021 | - | | (4,457.45) | Settlement Re-applied, SC County | 2020 | 2 |
| 6 | 12/16/2021 | - | | (4,638.09) | SC County Property Taxes | 2021 | 1 |
| 7 | 1/18/2022 | 30,886.60 | | - | Credit Applied | | |
| 8 | 4/18/2022 | - | | (4,638.09) | SC County Property Taxes | 2021 | 2 |
| 9 | 12/16/2022 | - | | (4,739.99) | SC County Property Taxes | 2022 | 1 |
| 10 | 4/17/2023 | - | | (4,739.99) | SC County Property Taxes | 2022 | 2 |
| 11 | 12/18/2023 | - | | (4,853.68) | SC County Property Taxes | 2023 | 1 |
| | | | | (618.98) | All Other - Applic. From Suspense | | |
| | | Unpaid escrow as of 6/17/2025: | $ | (32,467.03) | | | |

** Out of order because Settlement Agreement was signed after the figures were negotiated, and the 4/2020 property tax payment was not included.

17.    The escrow balance reported to the borrower is accurate and supported by county tax records and the loan statements as of June 17, 2025. The escrow shortfall reflects actual property tax disbursements made by the servicer.

EXHIBIT 3

## *Other Matters*

### *Qualifications and Publications Authored*

I am a partner at Gursey | Schneider LLP and provide financial statement audit and accounting services to businesses and non-profit organizations. In this role, I also supervise the firm's quality control for accounting and auditing matters and the issuance of all financial statements.

In addition to providing audit and accounting services, I am retained as an expert witness or consultant in civil litigation matters and have performed numerous accounting assignments involving business litigation, economic damages, fraud investigations, trust and estate disputes, partnership disputes, royalty audits, bankruptcy investigations, misappropriations of funds by fiduciaries, and other commercial disputes.

I have a bachelor's degree in economics from the University of California, San Diego (1994) and a master's degree in accounting from the University of Southern California (1995). I have been with Gursey Schneider LLP since 2004 and prior to that, started my career at KPMG LLP.

Since 2004, I have been teaching undergraduate accounting courses regularly at UCLA through its Extension program and have taught continuing professional education courses through the California Society of CPA's Education Foundation. I co-chair the California Society of CPA's annual accounting and auditing conference and am currently the chair of the senior technical committee for accounting and auditing for CalCPA.

I have authored technical accounting publications which have appeared in CalCPA's quarterly magazine; none of which concerned topics relevant to this matter.

EXHIBIT 3

## *Cases Designated as an Expert*

The following is a list of other cases for which I have been retained as an expert and for which I have testified either at trial, arbitration, or deposition.

| Name of Case / Matter | Scope of Work | Approx. Dates (Mo/Yr) |
|---|---|---|
| A&M Stables, LLC v. Sycamore Riding Academy, LLC et al. | Business dispute matter, Testified at trial regarding fraudulent transactions and economic damages | Nov-17 |
| Assignee of Vinamex Supermarket Bankruptcy Claims, LLC v. A&J Capital Investment, Inc. | Business dispute, testified at arbitration regarding economic damages | Oct-23 |
| Avivar Capital LLC v. Daniel Tellalian | Business dispute matter, Testified at arbitration regarding economic damages | Dec-18 |
| Atom Factory LLC v. Stefani Germanotta (pka Lady Gaga) | Business dispute matter, Testified at arbitration regarding economic damages | Jul-17 |
| Axis Entertainment v Yari Film Group, Bob Yari, and Dennis Brown | Rebuttal of opposing expert testimony in business dispute, Testified at deposition regarding economic damages | Aug-18 |
| Blanc Blue LLC (Royal Investors, Goltsche, et al. v. Rappaport et al.) | Court-appointed as neutral, jointly retained in real estate dispute, report issued to court on profit allocations | Mar-16 |
| Clark, William v. Salzman, David | Real estate dispute, testified at deposition regarding economic damages arising from real estate sale. | June-23 |
| Corman, Brian et al v. Corman Roger et al | Real estate dispute, Testified at deposition regarding lease accounting dispute and economic damages | Jan-20 |
| Delis, Dean v Montecito Financial, Robert Hall and Associates, etc. | Fraud dispute, Testified at deposition | June-23 |
| Emanuel (Ari) v. Freeman (Mark) | Business dispute, Testified at deposition regarding business accounting practices | Oct-13 |
| EpicentRx Inc. v. Lohman & Dehner | Business dispute, Testified at deposition regarding contractual dispute and damages | Sept-22 |

*Cory Mayer v. PHH Mortgage Corporation and HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust Series 2006-AR2.*
*Page 9*

EXHIBIT 3

| | | |
|---|---|---|
| First City Pacific v. Home Depot | Real estate dispute, Report issued, Testified at deposition regarding economic damages | Jan-14 |
| Fox, Gerson v. Barreca, Kamen et al. (Reeder Lu v. Fox, etc. and other related matters) | Multiple assignments in various civil matters, testified at deposition numerous times, and testified at arbitration regarding fraud and damages | Jun-14 |
| GMPA Architects v. STG Properties LLC and the Pretenders Studio | Loss of earnings matter, Testified at deposition regarding economic damages | Aug-14 |
| Heil (John and Charlotte) Revocable Trust (Administration) | Trust and estate dispute, testified at mediation regarding forensic accounting and damages to trust beneficiary | July-19 |
| Integra Capital Group, Inc. v. Tsys Business Solutions, LLC | Business dispute, testified at deposition and arbitration regarding economic damages | Sept-22 and Oct-22 |
| Mitch Jacobs v. Scott Cohen | Business dispute, testified at deposition and regarding economic damages | June-24 |
| John Miles v. Deutsche Bank National Trust Company | Mortgage lending dispute, Testified at deposition regarding loan accounting transactions and unpaid loan balances | Apr-17 |
| Johnson, Ilonka v. Johnson, Timothy | Business dispute in family law matter, Testified at OSC hearing regarding business accounting records | April 18 |
| Kettler, Joel v. Gould, Leslie, and Susan | Damages from defamation matter, testified at deposition regarding accounting matters involving fraud allegations and elder abuse | Nov-19 |
| Kyung Il Han et al v. Greenland Wholesale LLC | Business dispute, Testified at arbitration regarding economic damages | Apr-12 |
| Liza Ryan Group LLC v Beverly Hills Rent a Car | Business dispute, Testified at arbitration regarding amounts due under contract | Dec-17 |
| Loy, Jessica et al v. Kenney, Trina et al | Public interest case, Testified at trial about restitution and punitive damage award | Jul-23 |
| Monzon, Marta Lanza v. The Palms Restaurant | Business dispute, Testified at trial regarding economic damages from restaurant | Apr-18 |

EXHIBIT 3

| | | |
|---|---|---|
| Michael Moore v. <u>Kathleen Glynn</u> | Post-separation accounting dispute over film and other production residuals, testified at court hearings | Sept-22 <br><br> Nov-22 <br><br> Feb-23 |
| <u>Nanjing Elble Environmental Protection Technology</u> v. Repet, Inc. | Business dispute, Testified at deposition regarding commercial dispute | Dec-17 |
| <u>OFI Management LLC and California Gusher</u> v. Brooks Institute, LLC, and the Green Planet | Real estate dispute, lost profits / economic damages analysis, Testified at trial | Nov-17 - Jan-18 |
| Osman Family Trust v. <u>JP Morgan Chase</u> | Testified at FINRA arbitration regarding economic damages | Mar-22 |
| <u>Pond, Jo Rose</u> v. Shavarsh Vanian et al. | Fraud and elder abuse matter, criminal trial, Testified at trial regarding fraud and damages | Mar-14 |
| <u>Querubin, Dennis et al.</u> v Alexandria Care Center, LLC et al | Wrongful death, financial investigation, testified at deposition | Sept - 23 |
| <u>Sexual MD Solutions, LLC</u> v Moon Pool and Dustin Wolff et al | Economic damages case, testified at arbitration | Nov - 24 |
| Woodland Hills United Methodist Church v. <u>Korean United Methodist Church</u> | Real estate dispute regarding contract accounting, testified at deposition to provide an accounting of contract terms and damages | Aug-11 |
| <u>Zhao, Shubin "Vincent"</u> v. Repet, Inc. and Jieh-Ching Chuang | Business dispute, Testified at deposition regarding accounting matters | Dec-17 |

Note: The list above <u>excludes</u> many cases in which:
    (1) my work was limited to an expert report or declaration only,
    (2) assignment was pre-litigation consulting matter, or
    (3) matter settled prior to trial.

**Compensation to be Paid.**

Gursey | Schneider LLP is being compensated for my services in this matter at my usual rate of $450 per hour. Through April 1, my staff and I worked approximately 31 hours and incurred fees totaling appropriately $8,900 for the above analysis and report, none of which has been paid.

EXHIBIT 3

## *Conclusions*

I continue to review materials and documents related to this case and reserve the right to supplement this expert report based on any additional work that I may be asked to do.

I declare under penalty of perjury and under the laws of the United States of America and the State of California that the foregoing is true and correct, and if called as a witness would testify competently thereto.

Dated: April 1, 2026

Gary Krausz, CPA / CFF

*Cory Mayer v. PHH Mortgage Corporation and HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust Series 2006-AR2.*
*Page 12*

EXHIBIT 3