# Supreme Court of Florida

TUESDAY, MAY 6, 2025

The Florida Bar,
          Complainant(s)

v.

Bruce Jacobs,
          Respondent(s)

**SC2022-0893**

Lower Tribunal No(s).:
2022-70,490(11H);
2022-70,337(11H);
2022-70,335(11H);
2022,70,336(11H);
2022-70,402(11H)

---

Upon consideration of the Amended Report of Referee, the referee's Order Granting The Florida Bar's Motion to Assess Costs, the briefs filed in this case, and the responses to this Court's order dated December 4, 2024, the Court hereby approves the Referee's findings of fact and recommendations on guilt but disapproves the Referee's recommended sanction of disbarment.  Instead, Respondent is permanently disbarred.  Respondent is currently suspended; therefore, his disbarment is effective immediately. Respondent shall fully comply with Rule Regulating The Florida Bar 3-5.1(h).  Respondent shall also fully comply with Rule Regulating The Florida Bar 3-6.1, if applicable.

Judgment is entered for The Florida Bar, 651 East Jefferson Street, Tallahassee, Florida 32399-2300, for recovery of costs from Bruce Jacobs in the amount of $25,152.96, for which sum let execution issue.

**CASE NO.:  SC2022-0893**
Page Two


     Not final until time expires to file motion for rehearing, and if filed, determined.  <u>The filing of a motion for rehearing shall not alter the effective date of permanent disbarment.</u>

MUÑIZ, C.J., and CANADY, LABARGA, COURIEL, GROSSHANS, FRANCIS, and SASSO, JJ., concur.

A True Copy
Test:

SC2022-0893 5/6/2025



John A. Tomasino
Clerk, Supreme Court

SC2022-0893 5/6/2025


AS

Served:

HON. BETSY ALVAREZ-ZANE
TONYA L. AVERY
JENNIFER R. FALCONE
BRUCE JACOBS
MARK LUGO MASON
PATRICIA ANN TORO SAVITZ
DAVID JOHN WINKER